# IN THE SUPREME COURT OF THE STATE OF NEVADA

MUELLER HINDS & ASSOCIATES, CHTD, A DOMESTIC PROFESSIONAL CORPORATION,
Appellant,
vs.
CANYON MEDICAL BILLING, LLC, A DOMESTIC LIMITED-LIABILITY COMPANY; STATE OF NEVADA DIVISION OF HEALTHCARE FINANCING AND POLICY, A GOVERNMENTAL ENTITY; AND GLEN J. LERNER, A PROFESSIONAL CORPORATION, D/B/A GLEN LERNER INJURY ATTORNEYS, A DOMESTIC PROFESSIONAL CORPORATION,
Respondents.

No. 75575



FILED

MAY 2 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on April 13, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, this appeal is dismissed.[1]

It is so ORDERED.

_____, C.J.

---

[1]Respondent Glen J. Lerner, P.C.'s motion to dismiss appeal filed on April 17, 2018, is denied as moot. No cause appearing, respondent's motion for damages filed on April 17, 2018, is denied.

18-1951b

cc: Mueller Hinds & Associates
Glen J. Lerner & Associates
Marisa C. Guarino
Attorney General/Las Vegas

